HONORABLE TIFFANY M. CARTWRIGHT

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CHRISTINE CRIMMINS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WALTER KANE and JANE DOE KANE, HUSBAND AND WIFE AND THEIR MARITAL COMMUNITY AND STATE FARM FIRE & CASUALTY COMPANY, A FOREIGN INSURER,<br><br>　　　　Defendants. | NO. 2:24-cv-01161-TMC<br><br>ORDER GRANTING STIPULATED MOTION TO CONSOLIDATE |

THIS MATTER having come on regularly before this Court on the parties' Stipulated Motion to Consolidate ("Stipulated Motion") and the Court having considered:

　　1.　　Stipulated Motion to Consolidate;

　　2.　　The records and files herein

and being fully advised in the matter,

　　IT IS HEREBY ORDERED that the parties' Stipulated Motion to Consolidate is GRANTED. Western District of Washington Cause No. 2:24-cv-01161-TMC, and Western District of Washington Cause No. 2:24-cv-05698-TMC are consolidated into matter 2:24-cv-01161-TMC.

ORDER GRANTING STIPULATED
MOTION TO CONSOLIDATE – 1
NO.: 2:24-cv-01161-TMC

DONE IN OPEN COURT this 11th day of October, 2024.

_____
HONORABLE TIFFANY M. CARTWRIGHT

Presented By:

REED McCLURE

By *Jason E. Vacha*
   Jason E. Vacha, WSBA #34069
   Attorney for Defendants Kane

Approved as to form, Notice
of Presentation Waived:

WASHINGTON AUTO LAW


By: *s/James E. Banks (with email permission)*
   James E Banks, WSBA #41758
   Attorney for Plaintiff Christine Crimmins


DEAN STANDISH PERKINS & ASSOCIATES


By: *s/Susan B. Cohodes (with email permission)*
   Susan B. Cohodes, WSBA #22687
   Attorney for Plaintiff Casey Price

ORDER GRANTING STIPULATED
MOTION TO CONSOLIDATE – 2
NO.: 2:24-cv-01161-TMC