HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CASEY PRICE, an unmarried man,<br><br>    Plaintiff,<br><br>    vs.<br><br>WALTER KANE and SPOUSE DOE KANE, spouses and the marital community thereof,<br><br>    Defendants/Third-Party Plaintiffs.<br><br>CHRISTINE CRIMMINS,<br><br>    Plaintiff,<br><br>    vs.<br><br>WALTER KANE and JANE DOE KANE, husband and wife and their marital community,<br><br>    Defendants/Third-Party Plaintiffs.<br><br>WALTER KANE and JANE DOE KANE, husband and wife and their marital community,<br><br>    Defendants/Third-Party Plaintiffs, | NO. 2:24-CV-01161-TMC (CONSOLIDATED)<br><br>JOINT MOTION TO EXTEND DEADLINES (SECOND)<br><br>**NOTE ON MOTION CALENDAR: NOVEMBER 12, 2025** |

JOINT MOTION TO EXTEND DEADLINES (SECOND) – 1
067825.000738 Joint Motion to Extend Deadlines (Second)
NO.: 2:24-cv-01161-TMC (Consolidated)

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152

vs.

SIXT RENT A CAR, LLC, a Delaware entity, and JACK'S MOBILE MECHANICS, LLC, a Washington entity,

        Third-Party Defendants.

## I.   Introduction

Plaintiff Casey Price, Defendants / Third Party Plaintiffs Walter and Asma Kane and Third-Party Defendant Sixt Rent A Car, LLC ("Sixt") respectfully submit this joint motion to extend or continue certain deadlines by roughly 60 days as set forth below.

Good cause exists to extend the deadlines below because, although the parties have diligently worked to complete discovery, the case has become more complex than initially anticipated and while the parties have or anticipate disclosing all expert opinions by the current deadlines, additional expert discovery is required in order for the parties to be ready for a meaningful mediation in this matter. Such an extension will facilitate resolution and use both the court's and parties' resources more efficiently.

## II.   The Case

Briefly stated, this is a case wherein defendant Walter Kane, visiting Washington from Texas, rented a vehicle from Sixt to drive out to Sequim. On the way, he was confronted suddenly by stopped traffic in front of him. He was unable to stop before striking the vehicle in front of him (he contends the brakes on the rental vehicle did not function properly; Sixt disputes this) and after the automobiles collided, Mr. Kane's rental vehicle went into the oncoming lane, where it struck a motorcycle driven by plaintiff Casey Price with plaintiff

JOINT MOTION TO EXTEND DEADLINES (SECOND) – 2
067825.000738 Joint Motion to Extend Deadlines (Second)
NO.: 2:24-cv-01161-TMC (Consolidated)

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152

Christine Crimmins riding as a passenger on the back. Mr. Price's left leg was amputated from just below the knee and Ms. Crimmins was thrown from the motorcycle, landing many feet away with significant injuries. Both plaintiffs are claiming damages in excess of seven figures. The claimed damages well exceed any available insurance through defendants Kane. In short, this is a large case, with significant damages, injuries and money on the line, and it warrants a thorough and complete investigation.

### III.  Procedural History

Although this lawsuit arises out of a motor vehicle accident of August 5, 2023, the discovery and expert issues inherent therein are far more complex than that of a typical motor vehicle accident case.

This is a consolidated case that was originally filed in 2 separate jurisdictions. Plaintiff Casey Price filed a lawsuit in Kitsap County Superior Court on March 6, 2024. Plaintiff Christine Crimmins, now wife of plaintiff Price, filed her lawsuit in King County Superior Court (erroneously) on January 18, 2024, though that matter was not served until March 21, 2024. The Kanes removed the Crimmins lawsuit to federal court based on complete diversity of the parties on July 31, 2024, and removed the Price lawsuit to federal court on August 22, 2024, on the same basis. See Dkt. 1 and Dkt. 1 from the Price matter (USDC, WAWD at Seattle Case No. 2:24-cv-05698-TMC). These two lawsuits were consolidated on October 11, 2024. Dkt. 9.

On January 30, 2025, the court granted the parties' stipulated motion for leave to file and serve the Kanes third party complaint against Sixt Rent a Car, LLC. Dkt. 22. Sixt Rent A Car, LLC appeared on January 31, 2025. Dkt. 25.

JOINT MOTION TO EXTEND DEADLINES (SECOND) – 3
067825.000738 Joint Motion to Extend Deadlines (Second)
NO.: 2:24-cv-01161-TMC (Consolidated)

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152

Counsel for Sixt Rent A Car, LLC withdrew and new counsel appeared on August 8, 2025. Dkt. 51, 52 and 53.

Discovery has progressed diligently, though the discovery needs of the case are significant. Each of the plaintiffs (Price and Crimmins) have exchanged discovery with each defendant (the Kanes and Sixt) and the parties have issued numerous subpoenas to non-parties (Eaglerider, the company that rented the motorcycle to Casey Price, the State, County and City responsible for maintaining the highway where the accident occurred, and the Washington State Patrol). The subject rental car vehicle owned by Sixt and driven by Walter Kane at the time of the subject accident was purchased by Mr. Kane after the collision and shipped to his home in Texas. The Kanes have made the vehicle available for inspection by the other parties who have, through experts, gone down twice to inspect the vehicle in Texas (once at the request of plaintiff Crimmins in June 2025 and once at the request of Sixt in August 2025). Plaintiffs Crimmins and Price have been deposed in this case, as have defendants Walter and Asma Kane. The parties have also deposed Felicia Doyle and Tom Sherry, non-party witnesses who were other drivers near the scene and who rendered aid and the parties have noted the deposition of nonparties Irene and Ricky Piper for November 10, 2025. A FRCP 30(b)(6) deposition of Washington State Department of Transportation is scheduled for November 24, 2025.

Consistent with the court schedule, the parties exchanged primary expert witness disclosures on October 6, 2025. These disclosures included reports from three competing accident reconstruction experts (one each for plaintiff Crimmins, defendants Kane and third-party defendant Sixt) as well as two mechanical experts regarding the allegations against Sixt (one each from the Kanes and Sixt)

JOINT MOTION TO EXTEND DEADLINES (SECOND) – 4
067825.000738 Joint Motion to Extend Deadlines (Second)
NO.: 2:24-cv-01161-TMC (Consolidated)

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152

as well as numerous damages experts for each plaintiff (including 3 separate medical / psychological experts for plaintiff Crimmins, a medical expert for plaintiff Price and a life care planner for plaintiff Price).  The parties have just exchanged rebuttal expert disclosures with numerous rebuttal opinions disclosed on November 5, 2025.

### III.    Relief Requested

The current case schedule provides little time for discovery with regard to the recently or newly disclosed experts.  Experts were not disclosed until October 6, under the case schedule, and rebuttal experts not until November 5, 2025.  Dkt. 36.  The current case schedule provides for all motions related to discovery to be filed by November 5, 2025[1] and for discovery to be completed by December 5, 2025, just one month past the disclosure for rebuttal experts and less than two months past the deadline for primary experts.  While the parties are cognizant of the court's preference for the timing of discovery, they believe this case requires more time for expert discovery after the disclosure of expert opinions than the current schedule allows.

The parties still need to perform additional discovery, including depositions of all experts in this case, including 3 accident reconstruction experts, 2 mechanical experts, and a minimum of 10 expert damages witnesses, and possibly more depending on the experts disclosed at the rebuttal disclosure deadline.  See Vacha Decl., at ¶¶ 2-7.

---

[1] Due to the deadline, the Kanes filed a motion to compel discovery responses from Sixt on the deadline, November, 5, 2025, though the motion was rejected as not properly filed under the court's preferences for discovery disputes.  The Kanes have opted not to pursue further discovery relief at this time as they believe the parties will be able to resolve their differences in that regard.  See Dkt. 56 and 57.

JOINT MOTION TO EXTEND DEADLINES (SECOND) – 5
067825.000738 Joint Motion to Extend Deadlines (Second)
NO.: 2:24-cv-01161-TMC (Consolidated)

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON  98161-1087
(206) 292-4900; FAX (206) 223-0152

In addition, during an August 5, 2025 site visit (on the anniversary of the subject accident) it was discovered that new speed limit signage has been posted for the area, with a new speed limit of 35 mph. This is a change from the 50 mph limit at the time of the subject accident. Further investigation demonstrates that this occurred in either December of 2024 or January of 2025.  The parties are investigating the reasons for this change through written discovery, subpoenas and the upcoming FRCP 30(b)(6) deposition of the Washington State Department of Transportation on November 24, 2025, but additional time is likely needed for this investigation.  The Kanes believe that had the new, lowered limit been in place at the time of the accident involving all out of town drivers, this accident would have been avoided entirely.

Simply put, the undersigned parties in this case require further time for expert discovery into all of the various liability issues as well as multiple damages experts for this accident with significant alleged injuries.  Further, having the early deadline for discovery motions could undercut the parties' ability to timely push discovery to meet other deadlines in this case.

For the reasons above, the undersigned parties jointly request the following modifications to the case schedule deadlines:

|  | Current Deadline | New Deadline |
|---|---|---|
| All motions related to discovery must be filed by: | November 5, 2025 | December 9, 2025 |
| Disclosure of Rebuttal Expert Testimony under FRCP 26(a)(2) | November 5, 2025 | December 9, 2025 |
| Dispositive motions and motions challenging expert witnesses: | December 5, 2025 | January 2, 2026 |
| Discovery completed: | December 5, 2025 | February 2, 2026 |
| Attorney Settlement Conference conducted by: | January 5, 2026 | February 2, 2026 |

JOINT MOTION TO EXTEND DEADLINES (SECOND) – 6
067825.000738 Joint Motion to Extend Deadlines (Second)
NO.: 2:24-cv-01161-TMC (Consolidated)

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON  98161-1087
(206) 292-4900; FAX (206) 223-0152

These extensions are not expected to impact the parties' ability to meet the other deadlines set by the current Scheduling Order, Dkt. 36, March 13, 2025, nor are the extensions expected to affect the current trial date of May 4, 2026 (which is still 6 months away despite the pressing final discovery deadlines). The parties have made a concerted effort to maintain the same sequencing as the original order and to comply with the court's requirement that the deadline for dispositive motions be at least 120 days before trial. The proposed changes are consistent with that requirement.

Further, completing this expert discovery will allow the parties a more realistic opportunity to resolve this matter through alternative dispute resolution and to satisfy the court's requirement in that regard, though the proposed new deadline for same is more practical. The undersigned are hopeful that mediation will be successful but believe that complete and thorough expert discovery before mediation will give the parties the best opportunity to resolve the case.

Plaintiff Casey Price and Defendants/Third Party Plaintiffs Kane and Third-Party Defendant Sixt join in seeking relief as stated herein. Although plaintiff Crimmins has not responded to the inquiries about stipulation as of the date of filing, she also has not indicated an objection and the moving parties cannot conceive of significant prejudice to any party that opposes this motion (if any party does), particularly since extension of these deadlines need not affect the trial date for this matter.

Further, the proposed new schedule does maintain the timing requirements under FRCP 26, although obviously the court's order supersedes that rule.

With regard to the request to extend the deadline for disclosure of rebuttal witnesses, this motion was negotiated, agreed to and drafted by the end of

JOINT MOTION TO EXTEND DEADLINES (SECOND) – 7
067825.000738 Joint Motion to Extend Deadlines (Second)
NO.: 2:24-cv-01161-TMC (Consolidated)

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152

November 5, 2025, the deadline for rebuttal expert disclosures. The motion was filed the following morning, on November 6, 2025, in part due to the work disclosing expert opinions on November 5 that seemed to take priority. The undersigned parties do not expect to disclose any new experts, but the Kanes do note that while expert neuropsychologist Elizabeth Ziegler was disclosed timely on November 5, 2025, her report was not disclosed until the following day on November 6, 2025, because that is when the Kanes' counsel first received it. Counsel for the Kanes had told Ms. Ziegler that the deadline was November 6 at one point and while that error was subsequently corrected by counsel's staff, the undersigned attorney for defendants Kane suspects that created the confusion that led to the late report. Attorney Vacha submits that this calendaring error is excusable neglect and gave no tactical advantage or disadvantage to any party and requests that the deadline be retroactively extended from November 5 at least to November 6, 2025 to allow Ms. Ziegler to testify in this case, despite her report being disclosed one day late under the current schedule.

Beyond the one-day late report from Ms. Ziegler, the parties jointly request that the rebuttal expert disclosure deadline be extended not to allow the parties to name additional experts, but to allow their existing experts to amend their reports to consider newly obtained information as discovery, and particularly expert discovery, is ongoing. This also would allow previously disclosed experts to respond to newly disclosed expert reports as of the November 5, 2025 original deadline. In addition, as discussed above, the question of the State's liability for roadway design and the recent change in speed for the area of the accident (which was first discovered by the parties in August 2025) is still being investigated. A FRCP 30(b)(6) deposition of the Washington State Department of Transportation

JOINT MOTION TO EXTEND DEADLINES (SECOND) – 8
067825.000738 Joint Motion to Extend Deadlines (Second)
NO.: 2:24-cv-01161-TMC (Consolidated)

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152

is set for November 24, 2025. Plaintiff Price and possibly other parties may want to add a rebuttal expert depending on what that discovery reveals in the case.

## IV. Conclusion

With experts recently disclosed, the parties require additional time to investigate those expert opinions. In addition, the recent discovery of the 2025 speed change to the highway where this accident occurred has opened up a new issue for investigation and discovery. This case is a large one, with one plaintiff who lost his leg in the collision and the second plaintiff having been thrown from the motorcycle and suffered significant injuries. The stakes are high for the defendants, including a driver who is underinsured. Justice is served by allowing additional time for expert discovery to allow the parties to fully prepare and investigate this case.

| DEAN STANDISH PERKINS & ASSOCIATES | FOSTER GARVEY PC |
|---|---|
| */s/* Dean S. Perkins<br>Dean S. Perkins, Jr., WSBA # 15856<br>Susan B. Cohodes, WSBA # 22687<br>*Counsel for Plaintiff Price* | */s/* Thomas F. Ahearne<br>Thomas F. Ahearne, WSBA # 14844<br>*Personal Counsel for Third Party Plaintiffs Kane* |
| LETHER LAW GROUP | REED McCLURE, PLLC |
| */s/* Thomas Lether<br>Thomas Lether, WSBA #18089<br>Jake Henke, WSBA #60346<br>*Personal Counsel for Third-Party Defendant Sixt* | */s/* Jason E. Vacha<br>Jason E. Vacha, WSBA # 34069<br>*Counsel for Defendants Kane* |

JOINT MOTION TO EXTEND DEADLINES (SECOND) – 9
067825.000738 Joint Motion to Extend Deadlines (Second)
NO.: 2:24-cv-01161-TMC (Consolidated)

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152

ORDER

THIS MATTER, having come on before the Court on the Joint Motion of Plaintiff Casey Price, Defendants Walter and Asma Kane, Third-Party Defendants Walter and Asma Kane and Third-Party Defendants Sixt Rent A Car, LLC, for Extension of Certain Deadlines as set forth below.

Based on the foregoing joint motion, and the moving parties having shown good cause to do so, the Court extends certain deadlines as follows:

|  | **New Deadline** |
|---|---|
| All motions related to discovery must be filed by: | December 9, 2025 |
| Disclosure of Rebuttal Expert Testimony under FRCP 26(a)(2) | December 9, 2025 |
| Dispositive motions and motions challenging expert witnesses: | January 2, 2026 |
| Discovery completed: | February 2, 2026 |
| Attorney Settlement Conference conducted by: | February 2, 2026 |

DATED this __12th__ day of __November__, 2025.

_____
HON. TIFFANY M. CARTWRIGHT

*Presented by:*

REED McCLURE

/s/ Jason E. Vacha
Jason E. Vacha, WSBA #34069
Of Attorneys for Defendants Kane

JOINT MOTION TO EXTEND DEADLINES (SECOND) – 10
067825.000738 Joint Motion to Extend Deadlines (Second)
NO.: 2:24-cv-01161-TMC (Consolidated)

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152

Notice of Presentation Waived; Approved as to Form:

| DEAN STANDISH PERKINS & ASSOCIATES | FOSTER GARVEY PC |
|---|---|
| */s/* <br> Dean S. Perkins, Jr., WSBA # 15856 <br> Susan B. Cohodes, WSBA # 22687 <br> *Counsel for Plaintiff Price* | */s/* <br> Thomas F. Ahearne, WSBA # 14844 <br> *Personal Counsel for Defendants Kane* |

LETHER LAW GROUP

*/s/*
Thomas Lether, WSBA #18089
Jake Henke, WSBA #60346
*Personal Counsel for Defendants Kane*

JOINT MOTION TO EXTEND DEADLINES (SECOND) – 11
067825.000738 Joint Motion to Extend Deadlines (Second)
NO.: 2:24-cv-01161-TMC (Consolidated)

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152